GEORGE M. DEXTER, Respondent, *v.* JETTER BREWING COMPANY, Appellant.

Reported below, 134 App. Div. 926.
(Argued November 8, 1909; decided November 16, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for goods sold and delivered.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous and that the exceptions were frivolous, raising no question of law for review.

*William F. Hagerty* for motion.

*Maxwell C. Katz* opposed.

Motion denied, with ten dollars costs.

---

MICHAEL O'DWYER, Respondent, *v.* THE CASTLE SQUARE OPERA COMPANY, Appellant.

(Submitted November 8, 1909; decided November 16, 1909.)

Motion for reargument denied, with ten dollars costs. (See 196 N. Y. 536.)